**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINE GARCIA, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALO, LLC, META PLATFORMS, INC., SNAP, INC., AND HEAP, INC.,<br><br>Defendants. | Case No.: 3:24-cv-03926-VC<br><br>**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. Vince Chhabria |

Having considered the Plaintiff Christine Garcia's Request for Dismissal Without Prejudice and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's individual claims against Defendants Alo, LLC, Meta Platforms, Inc., Snap, Inc., and Heap, Inc. are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: October 21, 2024

Vince Chhabria
United States District Judge